# EXHIBIT A



# FAX

| | |
|---|---|
| To: | EXETER SCRA Benefits |
| Fax number: | |
| From: | ██████████ |
| Acct. number: | ██5886 |
| Date: | 12/09/24 |
| Regarding: | SCRA Benefits |
| Number of pages: | 3 |
| Comments: | Please apply SCRA Benefits to my auto account for the time I am deployed I apologize .I failed behind due to the reduction in my -salary from my civilian pay |

DEPARTMENT OF THE AIR FORCE
HQ ARPC/DPTOCW (Contact Center)
18420 E. Silver Creek Ave Bldg. 390 MS 68
Buckley AFB, CO 80011

AHRC-OPD-RD  
ORDERS A-3

03 JUNE 2024

███████████████████████████████████████ CHICAGO, ILLINOIS 60637. ███████ SSGT

HQ AFRC Public Affairs
255 Richard Ray Blvd, Ste 137
Robins AFB, GA 31098
mailto: hq.pan.list@us.af.mil

YOU ARE ORDERED TO ACTIVE DUTY IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN IN ACTIVE-DUTY COMMITMENT BELOW. YOU ARE ASSIGNED AS SHOWN AND WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: ANDERSON AIR FORCE BASE, YIGO, GUAM
REPORTING DATE: BETWEEN 0800 1700 HOURS 27 AUG 2024
SCHEDULED END DATE OF ACTIVE DUTY: 0800 ON 27 AUG 2028

ASSIGNED TO: 36th AIR BASE WING
ACTIVE-DUTY COMMITMENT: OBLIGATED SGT. FOR 48 MONTHS.
PURPOSE: FULFILL ACTIVE-DUTY AIR FORCE REQUIREMENT

ADDITIONAL INSTRUCTIONS: SECURITY CLEARANCE: SECRET REQUIRED. IF REQUIRED, SSGT WILL PRESENT HERSELF FOR PHYSICAL EXAMINATION WITHIN FIVE DAYS AFTER REPORTING FOR ACTIVE DUTY. EFFECTIVE ON THE DATE OF ENTRY ON ACTIVE DUTY (EAD), YOU ARE APPOINTED IN THE RESERVE GRADE OF SSGT AND PLACED ON THE ACTIVE-DUTY LIST IN THE GRADE OF MSGT IN ACCORDANCE WITH AR 135-101. DOR IS TO BE ADJUSTED BASED ON CONSTRUCTIVE CREDIT OF 04 YEARS, 00 MONTHS, 0 DAYS AND PHASE POINTS OF 04 YEARS, 00 MONTHS, 00 DAYS. DOR TBD AFTER EAD IAW AR 624-100. SSGT IS ENTITLED TO $100/MONTH VETERINARY PROFESSIONAL PAY. THE MOVEMENT OF DEPENDENTS AND HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. BE ADVISED THAT AMEDD STAFF, NOT IN ONGOING TRAINING, WILL REQUIRE A 120 DAY INITIAL OFFICER EVALUATION REPORT (IAW AR 623-105). TO OBTAIN ADDITIONAL INSTALLATION INFORMATION, USE WWW.AIRFORCE.MIL. IF YOU PLAN TO SHIP PERSONAL PROPERTY AT GOVERNMENT EXPENSE, CONTACT YOUR TRANSPORTATION OFFICE TO ARRANGE FOR SHIPMENT, AND CONTACT THE TRANSPORTATION OFFICE AT YOUR NEW DUTY STATION IMMEDIATELY AFTER ARRIVAL TO ARRANGE FOR DELIVERY. OFFICIAL TRAVEL ARRANGED THROUGH COMMERCIAL TRAVEL OFFICES NOT UNDER CONTRACT TO THE GOVERNMENT IS NOT REIMBURSABLE. YOU ARE REQUIRED TO CONTACT THE FAMILY HOUSING OFFICE OR

THE HOUSING REFERRAL OFFICE AT YOUR PERMANENT DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS. LEAVE DATA AS STATED IN DA FORM 31.

YOU ARE REQUIRED TO EMAIL YOUR NEW HOME ADDRESS AND PHONE NUMBER TO YOUR HUMAN RESOURCES COMMAND ASSIGNMENT MANAGER/CAREER COUNSELOR WITHIN 30 DAYS OF ARRIVAL AT YOUR NEW DUTY STATION OR UPON CHANGE OF RESIDENCE. SHIPMENT OF HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. TRAVEL BY POV AUTHORIZED. EARLY REPORTING (NOT MORE THAN 10 DAYS EARLIER THAN THE NLT REPORT DATE) IS AUTHORIZED TO PCS STATION. COMPLY WITH AR 600-8-8, MILITARY SPONSOR PROGRAM. FORWARD DA FORM 4787, REASSIGNMENT PROCESSING, DIRECTLY TO GAINING COMMAND. UPON RECEIPT OF THESE ASSIGNMENT INSTRUCTIONS, COMPLETE THE OFFICER SATISFACTION SURVEY BY TYPING THE FOLLOWING URL INTO YOUR WEB BROWSER WINDOW. YOU WILL NEED YOUR AKO ACCOUNT INFORMATION TO LOG INTO THE SITE. HTTP://PERSCOMND044.AIRFORCE.MIL/RFOSURVEY.NSF. INFORMATION IS AT YOUR FINGERTIPS AS YOU PLAN YOUR RELOCATION. ACCESS SITES AT HTTP://WWW.DMDC.OSD.MIL/SITES/OWA/SHOWPAGE?P=INDEX FOR ALL YOU NEED TO KNOW ABOUT YOUR NEXT INSTALLATION AND SURROUNDING COMMUNITIES. SSGT MUST MEET WEIGHT STANDARDS AS SPECIFIED IN AR 600-9 TO BE ELIGIBLE FOR THIS ASSIGNMENT. IF THIS SGT IS NOT IN COMPLIANCE, THE COMMANDER WILL NOTIFY HUMAN RESOURCES COMMAND, ATTN: AHRC-OPH-V. POC FOR THIS ACTION.

FOR AIR FORCE USE:
AUTH: 10 USC 12301 (D)          PPN: U5                          COMP: AFRES
PERS CON NO: MCVE00025519       MDC: 1Z07                        BASIC BR: VC
HOR: CHICAGO, IL                PLEAD/OAD: SAME AS SNL ACCT CLAS: NA
PAOC/SSI: 64A                   CIC: NA
RES GR: SSGT                    SEX: FEMALE

**PROJ SPECIALTY: DO NOT APPEAR IN D.O.D MANPOWER SYSTEM.**
CON SPECIALTY: N/A
FORMAT: 156

FOR THE COMMANDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* AHRC \*                                NAME Col. Larry Fenner Jr.
\* OFFICIAL \*                            CHIEF, APPOINTMENTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISTRIBUTION: A1 PLUS
HQDA, AHRC-MSR-S (1)   CDR, AHRC-CIS-PV (1)
CDR, COMMANDER, HRC-ALEXANDRIA, ATTN: AHRC-OPH-V, 200 STOVALL ST, ALEXANDRIA, VA 22332-0417 (1)
CDR, USAREC, 1307 3RD AVE., RCHS-VC, FT. KNOX, KY 40121 (1)
CDR, MID ATLANTIC FLEET, NORFOLK, VA 23505 (1)

**DEPARTMENT OF THE AIR FORCE AND RESERVE UNITS**
**OFFICE OF THE ADJUTANT GENERAL**
**HQ ARPC/DPTOCW (Contact Center)**
*33 Sweeny Blvd. Langley AFB*
*Hampton, VA 23665*



To Whom It May Concern,

I am writing this letter as official notice from Brigadier General Thomas B. Palenske, Commander of the 36th Wing at Anderson Air Force Base in Guam. I am verifying the active-duty service status of SSGT. ▇▇▇▇▇▇ whose last four digits of social security number are 4703, residing at ▇▇ S. Martin Luther King Dr., Chicago, IL 60637.

SSGT. ▇▇▇▇ active-duty service commenced at 0800 hours on August 27, 2024, and is expected to conclude at 0800 hours on August 27, 2028. As a Sergeant for Airborne Intelligence, Surveillance, and Reconnaissance Operation with a Secret Clearance, SSGT. ▇▇▇▇ service dates will not be documented in the Department of Defense Manpower System. Any information regarding the status and location of SSGT. ▇▇▇▇ during her deployment is confidential, and therefore, not available to civilian agencies or organizations.

This letter provides the maximum amount of information that I am authorized to disclose. If additional information is required, please submit a written request to 1690 Army Pentagon, Washington, DC 20330-1670.

Failure to adhere to the Service Member Civil Relief Act by disregarding evidence of persons active-duty status may result in punitive actions under 50 USC521©

Sincerely,

*[signature]*
Brig Gen Thomas B. Palenske
USAF

# FAX COVER

To EXETER FINANCE SCRA Benefits Request

FAX

From: ███████

Acct Number # ███7496

Date: 1/13/25

Number of pages: 4

Comments: Please add SCRA Benefits to my account

DEPARTMENT OF THE AIR FORCE
HQ ARPC/DPTOCW (Contact Center)
18420 E. Silver Creek Ave Bldg. 390 MS 68
Buckley AFB, CO 80011

AHRC-OPD-RD
ORDERS A-3

13 NOVEMBER 2023

███████████████ PLANO, ILLINOIS 60545. ████ SSGT.

HQ AFRC Public Affairs
255 Richard Ray Blvd, Ste 137
Robins AFB, GA 31098

YOU ARE ORDERED TO ACTIVE DUTY IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN IN ACTIVE-DUTY COMMITMENT BELOW. YOU ARE ASSIGNED AS SHOWN AND WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: RAMSTEIN AIR BASE RHINELAND-PALATINATE, GERMANY
REPORTING DATE: BETWEEN 0800 1700 HOURS 09 FEB 2024
SCHEDULED END DATE OF ACTIVE DUTY: 0800 ON 09 FEB 2028

ASSIGNED TO: 633RD AIR BASE WING
ACTIVE-DUTY COMMITMENT: OBLIGATED MSGT. FOR 48 MONTHS.
PURPOSE: FULFILL ACTIVE AIR FORCE REQUIREMENT

ADDITIONAL INSTRUCTIONS: SECURITY CLEARANCE: SECRET REQUIRED. IF REQUIRED, SSGT WILL PRESENT HERSELF FOR PHYSICAL EXAMINATION WITHIN FIVE DAYS AFTER REPORTING FOR ACTIVE DUTY. EFFECTIVE ON THE DATE OF ENTRY ON ACTIVE DUTY (EAD), YOU ARE APPOINTED IN THE RESERVE GRADE OF SSGT AND PLACED ON THE ACTIVE-DUTY LIST IN THE GRADE OF MSGT IN ACCORDANCE WITH AR 135-101. DOR IS TO BE ADJUSTED BASED ON CONSTRUCTIVE CREDIT OF 04 YEARS, 00 MONTHS, 0 DAYS AND PHASE POINTS OF 04 YEARS, 00 MONTHS, 00 DAYS. DOR TBD AFTER EAD IAW AR 624-100. SSGT IS ENTITLED TO $100/MONTH VETERINARY PROFESSIONAL PAY. MOVEMENT OF DEPENDENTS AND HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. BE ADVISED THAT AMEDD STAFF, NOT IN ONGOING TRAINING, WILL REQUIRE A 120 DAY INITIAL OFFICER EVALUATION REPORT (IAW AR 623-105). TO OBTAIN ADDITIONAL INSTALLATION INFORMATION, USE WWW.AIRFORCE.MIL. IF YOU PLAN TO SHIP PERSONAL PROPERTY AT GOVERNMENT EXPENSE, CONTACT YOUR TRANSPORTATION OFFICE TO ARRANGE FOR SHIPMENT, AND CONTACT THE TRANSPORTATION OFFICE AT YOUR NEW DUTY STATION IMMEDIATELY AFTER ARRIVAL TO ARRANGE FOR DELIVERY. OFFICIAL TRAVEL ARRANGED THROUGH COMMERCIAL TRAVEL OFFICES NOT UNDER CONTRACT TO THE GOVERNMENT IS NOT REIMBURSABLE. YOU ARE REQUIRED TO CONTACT THE FAMILY HOUSING OFFICE OR HOUSING REFERRAL OFFICE AT YOUR PERMANENT DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS. LEAVE DATA AS STATED IN DA FORM 31.

YOU ARE REQUIRED TO EMAIL YOUR NEW HOME ADDRESS AND PHONE NUMBER TO YOUR HUMAN RESOURCES COMMAND ASSIGNMENT MANAGER/CAREER COUNSELOR WITHIN 30 DAYS OF ARRIVAL AT YOUR NEW DUTY STATION OR UPON CHANGE OF RESIDENCE. SHIPMENT OF HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. TRAVEL BY POV AUTHORIZED. EARLY REPORTING (NOT MORE THAN 10 DAYS EARLIER THAN THE NLT REPORT DATE) IS AUTHORIZED TO PCS STATION. COMPLY WITH AR 600-8-8, MILITARY SPONSOR PROGRAM. FORWARD DA FORM 4787, REASSIGNMENT PROCESSING, DIRECTLY TO GAINING COMMAND. UPON RECEIPT OF THESE ASSIGNMENT INSTRUCTIONS, COMPLETE THE OFFICER SATISFACTION SURVEY BY TYPING THE FOLLOWING URL INTO YOUR WEB BROWSER WINDOW. YOU WILL NEED YOUR AKO ACCOUNT INFORMATION TO LOG INTO THE SITE. HTTP://PERSCOMND044.AIRFORCE.MIL/RFOSURVEY.NSF. INFORMATION IS AT YOUR FINGERTIPS AS YOU PLAN YOUR RELOCATION. ACCESS SITES AT HTTP://WWW.DMDC.OSD.MIL/SITES/OWA/SHOWPAGE?P=INDEX FOR ALL YOU NEED TO KNOW ABOUT YOUR NEXT INSTALLATION AND SURROUNDING COMMUNITIES. SSGT MUST MEET WEIGHT STANDARDS AS SPECIFIED IN AR 600-9 TO BE ELIGIBLE FOR THIS ASSIGNMENT. IF THIS SGT IS NOT IN COMPLIANCE, THE COMMANDER WILL NOTIFY HUMAN RESOURCES COMMAND, ATTN: AHRC-OPH-V. POC FOR THIS ACTION.

FOR AIR FORCE USE:
AUTH: 10 USC 12301 (D)           PPN: U5                    COMP: AFRES
PERS CON NO: MCVE00025519        MDC: 1Z07                  BASIC BR: VC
HOR: PLANO, IL.                  PLEAD/OAD: SAME AS SNL     ACCT CLAS: NA
PAOC/SSI: 64A                    CIC: NA
RES GR: SSGT                     SEX: FEMALE

**PROJ SPECIALTY: DO NOT APPEAR IN D.O.D MANPOWER SYSTEM.**
CON SPECIALTY: N/A
FORMAT: 156

FOR THE COMMANDER

*******************
* AHRC *
* OFFICIAL *
*******************

NAME Craig R. Elliott
CHIEF, APPOINTMENTS

DISTRIBUTION: A1 PLUS
HQDA, AHRC-MSR-S (1)   CDR, AHRC-CIS-PV (1)
CDR, COMMANDER, HRC-ALEXANDRIA, ATTN: AHRC-OPH-V, 200 STOVALL ST, ALEXANDRIA, VA 22332-0417 (1)
CDR, USAREC, 1307 3RD AVE., RCHS-VC, FT. KNOX, KY 40121 (1)
CDR, MID ATLANTIC FLEET, NORFOLK, VA 23505 (1)

**DEPARTMENT OF THE AIR FORCE AND RESERVE UNITS**
**OFFICE OF THE ADJUTANT GENERAL**
**HQ ARPC/DPTOCW (Contact Center)**
*33 Sweeny Blvd. Langley AFB*
*Hampton, VA 23665*



To Whom It May Concern (Creditors, Lenders and Courts)

My name is Brig. Gen. Otis C. Jones Commander, 86th Airlift Wing and Installation Commander at the Ramstein Air Base Rhineland-Palatinate, Germany. This letter is to serve as verification of active-duty service for SSGT. ▇▇▇▇▇▇▇ Osborn St., Plano, IL 60545, last four of the social security number is 2777.

SSGT. ▇▇▇▇ active-duty deployment began at 0800 hours on February 09, 2024 and is scheduled to end at 0800 hours on February 09, 2028. Due to SSGT. ▇▇▇▇ responsibility as a Special Operations Communications Sergeant with a Clearance of Secret her dates of service will not appear in the Department of Defense Manpower System. SSGT. ▇▇▇▇ status and whereabouts when deployed are not made public and therefore cannot be viewed by any civilian agency or company.

The above information is all that I am legally able to provide. For any additional information, a written request can be submitted to, 1690 Army Pentagon, Washington, DC 20330-1670.

If you have received evidence of a person being on active duty for that active duty date and you fail to comply with the Service Member Civil Relief Act punitive provisions may be invoked against you and your organization. See 50 USC521©

Sincerely,

Brig. Gen. Otis C. Jones
USAF
(571) 308-3507

# FAX COVER

To: EXETER Auto Finance SCRA Benefits

Fax number: 214-572-8199

From: ███████████

Account # ███9019

Date: 02/13/2025

Number of pages: 4

Comments: I was advised at deployment orientation to provide copies of my orders to all creditors for SCRA Benefits.

DEPARTMENT OF THE AIR FORCE
HQ ARPC/DPTOCW (Contact Center)
18420 E. Silver Creek Ave Bldg. 390 MS 68
Buckley AFB, CO 80011

AHRC-OPD-RD  
ORDERS A-3

13 MARCH 2021

███████████████████████████████████████ PARK FOREST, ILLINOIS 60466.

███████ SSGT.

HQ AFRC Public Affairs
255 Richard Ray Blvd, Ste 137
Robins AFB, GA 31098

YOU ARE ORDERED TO ACTIVE DUTY IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN IN ACTIVE-DUTY COMMITMENT BELOW. YOU ARE ASSIGNED AS SHOWN AND WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: RAMSTEIN AIR BASE RHINELAND-PALATINATE, GERMANY
REPORTING DATE: BETWEEN 0800-1700 HOURS 09 MAY 2021
SCHEDULED END DATE OF ACTIVE DUTY: 0800 ON 09 MAY 2025

ASSIGNED TO: 633RD AIR BASE WING
ACTIVE-DUTY COMMITMENT: OBLIGATED SSGT. FOR 48 MONTHS.
PURPOSE: FULFILL ACTIVE AIR FORCE REQUIREMENT

ADDITIONAL INSTRUCTIONS: SECURITY CLEARANCE: SECRET REQUIRED. IF REQUIRED, SSGT WILL PRESENT HERSELF FOR PHYSICAL EXAMINATION WITHIN FIVE DAYS AFTER REPORTING FOR ACTIVE DUTY. EFFECTIVE ON THE DATE OF ENTRY ON ACTIVE DUTY (EAD), YOU ARE APPOINTED IN THE RESERVE GRADE OF SSGT AND PLACED ON THE ACTIVE-DUTY LIST IN THE GRADE OF MSGT IN ACCORDANCE WITH AR 135-101. DOR IS TO BE ADJUSTED BASED ON CONSTRUCTIVE CREDIT OF 04 YEARS, 00 MONTHS, 0 DAYS AND PHASE POINTS OF 04 YEARS, 00 MONTHS, 00 DAYS. DOR TBD AFTER EAD IAW AR 624-100. SSGT IS ENTITLED TO $100/MONTH VETERINARY PROFESSIONAL PAY. MOVEMENT OF DEPENDENTS AND HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. BE ADVISED THAT AMEDD STAFF, NOT IN ONGOING TRAINING, WILL REQUIRE A 120 DAY INITIAL OFFICER EVALUATION REPORT (IAW AR 623-105). TO OBTAIN ADDITIONAL INSTALLATION INFORMATION, USE WWW.AIRFORCE.MIL. IF YOU PLAN TO SHIP PERSONAL PROPERTY AT GOVERNMENT EXPENSE, CONTACT YOUR TRANSPORTATION OFFICE TO ARRANGE FOR SHIPMENT, AND CONTACT THE TRANSPORTATION OFFICE AT YOUR NEW DUTY STATION IMMEDIATELY AFTER ARRIVAL TO ARRANGE FOR DELIVERY. OFFICIAL TRAVEL ARRANGED THROUGH COMMERCIAL TRAVEL OFFICES NOT UNDER CONTRACT TO THE GOVERNMENT IS NOT REIMBURSABLE. YOU ARE REQUIRED TO CONTACT THE FAMILY HOUSING OFFICE OR

HOUSING REFERRAL OFFICE AT YOUR PERMANENT DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS. LEAVE DATA AS STATED IN DA FORM 31.

YOU ARE REQUIRED TO EMAIL YOUR NEW HOME ADDRESS AND PHONE NUMBER TO YOUR HUMAN RESOURCES COMMAND ASSIGNMENT MANAGER/CAREER COUNSELOR WITHIN 30 DAYS OF ARRIVAL AT YOUR NEW DUTY STATION OR UPON CHANGE OF RESIDENCE. SHIPMENT OF HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. TRAVEL BY POV AUTHORIZED. EARLY REPORTING (NOT MORE THAN 10 DAYS EARLIER THAN THE NLT REPORT DATE) IS AUTHORIZED TO PCS STATION. COMPLY WITH AR 600-8-8, MILITARY SPONSOR PROGRAM. FORWARD DA FORM 4787, REASSIGNMENT PROCESSING, DIRECTLY TO GAINING COMMAND. UPON RECEIPT OF THESE ASSIGNMENT INSTRUCTIONS, COMPLETE THE OFFICER SATISFACTION SURVEY BY TYPING THE FOLLOWING URL INTO YOUR WEB BROWSER WINDOW. YOU WILL NEED YOUR AKO ACCOUNT INFORMATION TO LOG INTO THE SITE. HTTP://PERSCOMND044.AIRFORCE.MIL/RFOSURVEY.NSF. INFORMATION IS AT YOUR FINGERTIPS AS YOU PLAN YOUR RELOCATION. ACCESS SITES AT HTTP://WWW.DMDC.OSD.MIL/SITES/OWA/SHOWPAGE?P=INDEX FOR ALL YOU NEED TO KNOW ABOUT YOUR NEXT INSTALLATION AND SURROUNDING COMMUNITIES. SSGT MUST MEET WEIGHT STANDARDS AS SPECIFIED IN AR 600-9 TO BE ELIGIBLE FOR THIS ASSIGNMENT. IF THIS SGT IS NOT IN COMPLIANCE, THE COMMANDER WILL NOTIFY HUMAN RESOURCES COMMAND, ATTN: AHRC-OPH-V. POC FOR THIS ACTION.

FOR AIR FORCE USE:
AUTH: 10 USC 12301 (D)　　　　　　PPN: U5　　　　　　COMP: AFRES
PERS CON NO: MCVE00025519　　　　MDC: 1Z07　　　　　BASIC BR: VC
HOR: PARK FOREST, IL.　　　　　　 PLEAD/OAD: SAME AS SNL ACCT CLAS: NA
PAOC/SSI: 64A　　　　　　　　　　 CIC: NA
RES GR: SSGT　　　　　　　　　　　SEX: FEMALE

**PROJ SPECIALTY: DO NOT APPEAR IN D.O.D MANPOWER SYSTEM.**
CON SPECIALTY: N/A
FORMAT: 156

FOR THE COMMANDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* AHRC \*　　　　　　　　　　　　　　　　　　　NAME Craig R. Elliott
\* OFFICIAL \*　　　　　　　　　　　　　　　　　CHIEF, APPOINTMENTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISTRIBUTION: A1 PLUS
HQDA, AHRC-MSR-S (1)　　CDR, AHRC-CIS-PV (1)
CDR, COMMANDER, HRC-ALEXANDRIA, ATTN: AHRC-OPH-V, 200 STOVALL ST, ALEXANDRIA, VA 22332-0417 (1)
CDR, USAREC, 1307 3RD AVE., RCHS-VC, FT. KNOX, KY 40121 (1)
CDR, MID ATLANTIC FLEET, NORFOLK, VA 23505 (1)

**DEPARTMENT OF THE AIR FORCE AND RESERVE UNITS**
**OFFICE OF THE ADJUTANT GENERAL**
**HQ ARPC/DPTOCW (Contact Center)**
*33 Sweeny Blvd. Langley AFB*
*Hampton, VA 23665*



To Whom It May Concern (Creditors, Lenders and Courts)

My name is Brig. Gen. Otis C. Jones Commander, 86th Airlift Wing and Installation Commander at The Ramstein Air Base Rhineland-Palatinate, Germany. This letter serves as verification of active-duty service for SSGT. ▮▮▮▮ Western Ave., Park Forest, IL 60466, the last four of the social security numbers is 0537.

**SSGT. ▮ active-duty deployment is scheduled to begin at 0800 hours on May 09, 2021 and is scheduled to end at 0800 hours on May 09, 2025. Due to SSGT. ▮ responsibility as a Special Operations Communications Sergeant with a Clearance of Secret her dates of service will not appear in the Department of Defense Manpower System. SSGT. ▮ status and whereabouts when deployed are not made public and, therefore, cannot be viewed by any civilian agency or company.**

The above information is all that I am legally able to provide. For any additional information, a written request can be submitted to 1690 Army Pentagon, Washington, DC 20330-1670.
If you have received evidence of a person being on active duty for that active-duty date and you fail to comply with the Service Member Civil Relief Act, punitive provisions may be invoked against you and your organization. See 50 USC521©.

Sincerely,

Brig. Gen. Otis C. Jones
USAF
(571) 308-3507

# FAX

| | |
|---|---|
| To: | Exeter (SCRA Benefits) |
| From: | ▬ |
| Acct. number: | ▬7592 |
| Date: | 02/28/25 |
| Regarding: | SCRA Benefits |
| Number of pages: | 4 |
| Comments: | I am currently deployed on Active duty please apply SCRA Benefits to my account<br><br>Its a honor to serve |

**DEPARTMENT OF THE AIR FORCE AND RESERVE UNITS**
**OFFICE OF THE ADJUTANT GENERAL**
*HQ ARPC/DPTOCW (Contact Center)*
*33 Sweeny Blvd. Langley AFB*
*Hampton, VA 23665*



To Whom It May Concern (Creditors, Lenders and Courts)

My name is Brig. Gen. Otis C. Jones Commander, 86th Airlift Wing and Installation Commander at The Ramstein Air Base Rhineland-Palatinate, Germany. This letter serves as verification of active-duty service for SSGT. ▮▮▮▮▮▮▮▮▮▮ N, Burling St., Chicago, IL. 60610, the last four of the social security numbers is 7686.

**SSGT. ▮▮▮▮ active-duty deployment is scheduled to begin at 0800 hours on September 09, 2024 and is scheduled to end at 0800 hours on September 09, 2028. Due to SSGT. ▮▮▮▮ responsibility as a Special Operations Communications Sergeant with a Clearance of Secret her dates of service will not appear in the Department of Defense Manpower System. SSGT. ▮▮▮▮ status and whereabouts when deployed are not made public and, therefore, cannot be viewed by any civilian agency or company.**

The above information is all that I am legally able to provide. For any additional information, a written request can be submitted to 1690 Army Pentagon, Washington, DC 20330-1670.
If you have received evidence of a person being on active duty for that active-duty date and you fail to comply with the Service Member Civil Relief Act, punitive provisions may be invoked against you and your organization. See 50 USC521©

Sincerely,

*[signature]*

Brig. Gen. Otis C. Jones
USAF
(571) 308-3507

DEPARTMENT OF THE AIR FORCE
HQ ARPC/DPTOCW (Contact Center)
18420 E. Silver Creek Ave Bldg. 390 MS 68
Buckley AFB, CO 80011

AHRC-OPD-RD
ORDERS A-3

13 JULY 2024

███████████████████████████ CHICAGO, ILLINOIS 60610.
███ 7686. SSGT.

HQ AFRC Public Affairs
255 Richard Ray Blvd, Ste 137
Robins AFB, GA 31098

YOU ARE ORDERED TO ACTIVE DUTY IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN IN ACTIVE-DUTY COMMITMENT BELOW. YOU ARE ASSIGNED AS SHOWN AND WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: RAMSTEIN AIR BASE RHINELAND-PALATINATE, GERMANY
REPORTING DATE: BETWEEN 0800 1700 HOURS 09 SEP 2024
SCHEDULED END DATE OF ACTIVE DUTY: 0800 ON 09 SEP 2028

ASSIGNED TO: 633RD AIR BASE WING
ACTIVE-DUTY COMMITMENT: OBLIGATED SSGT. FOR 48 MONTHS.
PURPOSE: FULFILL ACTIVE AIR FORCE REQUIREMENT

ADDITIONAL INSTRUCTIONS: SECURITY CLEARANCE: SECRET REQUIRED. IF REQUIRED, SSGT WILL PRESENT HERSELF FOR PHYSICAL EXAMINATION WITHIN FIVE DAYS AFTER REPORTING FOR ACTIVE DUTY. EFFECTIVE ON THE DATE OF ENTRY ON ACTIVE DUTY (EAD), YOU ARE APPOINTED IN THE RESERVE GRADE OF SSGT AND PLACED ON THE ACTIVE-DUTY LIST IN THE GRADE OF MSGT IN ACCORDANCE WITH AR 135-101. DOR IS TO BE ADJUSTED BASED ON CONSTRUCTIVE CREDIT OF 04 YEARS, 00 MONTHS, 0 DAYS AND PHASE POINTS OF 04 YEARS, 00 MONTHS, 00 DAYS. DOR TBD AFTER EAD IAW AR 624-100. SSGT IS ENTITLED TO $100/MONTH VETERINARY PROFESSIONAL PAY. MOVEMENT OF DEPENDENTS AND HOUSEHOLD GOODS TO PERMANENT DUTY STATION IS AUTHORIZED. BE ADVISED THAT AMEDD STAFF, NOT IN ONGOING TRAINING, WILL REQUIRE A 120 DAY INITIAL OFFICER EVALUATION REPORT (IAW AR 623-105). TO OBTAIN ADDITIONAL INSTALLATION INFORMATION, USE WWW.AIRFORCE.MIL. IF YOU PLAN TO SHIP PERSONAL PROPERTY AT GOVERNMENT EXPENSE, CONTACT YOUR TRANSPORTATION OFFICE TO ARRANGE FOR SHIPMENT, AND CONTACT THE TRANSPORTATION OFFICE AT YOUR NEW DUTY STATION IMMEDIATELY AFTER ARRIVAL TO ARRANGE FOR DELIVERY. OFFICIAL TRAVEL ARRANGED THROUGH COMMERCIAL TRAVEL OFFICES NOT UNDER CONTRACT TO THE GOVERNMENT IS NOT REIMBURSABLE. YOU ARE REQUIRED TO CONTACT THE FAMILY HOUSING OFFICE OR

HOUSING REFERRAL OFFICE AT YOUR PERMANENT DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS. LEAVE DATA AS STATED IN DA FORM 31.

YOU ARE REQUIRED TO EMAIL YOUR NEW HOME ADDRESS AND PHONE NUMBER TO YOUR HUMAN RESOURCES COMMAND ASSIGNMENT MANAGER/CAREER COUNSELOR WITHIN 30 DAYS OF ARRIVAL AT YOUR NEW DUTY STATION OR UPON CHANGE OF RESIDENCE. SHIPMENT OF HOUSEHOLD GOODS TO THE PERMANENT DUTY STATION IS AUTHORIZED. TRAVEL BY POV AUTHORIZED. EARLY REPORTING (NOT MORE THAN 10 DAYS EARLIER THAN THE NLT REPORT DATE) IS AUTHORIZED TO PCS STATION. COMPLY WITH AR 600-8-8, MILITARY SPONSOR PROGRAM. FORWARD DA FORM 4787, REASSIGNMENT PROCESSING, DIRECTLY TO GAINING COMMAND. UPON RECEIPT OF THESE ASSIGNMENT INSTRUCTIONS, COMPLETE THE OFFICER SATISFACTION SURVEY BY TYPING THE FOLLOWING URL INTO YOUR WEB BROWSER WINDOW. YOU WILL NEED YOUR AKO ACCOUNT INFORMATION TO LOG INTO THE SITE. HTTP://PERSCOMND044.AIRFORCE.MIL/RFOSURVEY.NSF. INFORMATION IS AT YOUR FINGERTIPS AS YOU PLAN YOUR RELOCATION. ACCESS SITES AT HTTP://WWW.DMDC.OSD.MIL/SITES/OWA/SHOWPAGE?P=INDEX FOR ALL YOU NEED TO KNOW ABOUT YOUR NEXT INSTALLATION AND SURROUNDING COMMUNITIES. SSGT MUST MEET WEIGHT STANDARDS AS SPECIFIED IN AR 600-9 TO BE ELIGIBLE FOR THIS ASSIGNMENT. IF THIS SGT IS NOT IN COMPLIANCE, THE COMMANDER WILL NOTIFY HUMAN RESOURCES COMMAND, ATTN: AHRC-OPH-V. POC FOR THIS ACTION.

FOR AIR FORCE USE:
AUTH: 10 USC 12301 (D)          PPN: U5                      COMP: AFRES
PERS CON NO: MCVE00025519        MDC: 1Z07                    BASIC BR: VC
HOR: CHICAGO, IL.                PLEAD/OAD: SAME AS SNL ACCT CLAS: NA
PAOC/SSI: 64A                    CIC: NA
RES GR: SSGT                     SEX: FEMALE

**PROJ SPECIALTY: DO NOT APPEAR IN D.O.D MANPOWER SYSTEM.**
CON SPECIALTY: N/A
FORMAT: 156

FOR THE COMMANDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* AHRC \*                                          NAME Craig R. Elliott
\* OFFICIAL \*                                      CHIEF, APPOINTMENTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISTRIBUTION: AI PLUS
HQDA, AHRC-MSR-S (1)   CDR, AHRC-CIS-PV (1)
CDR, COMMANDER, HRC-ALEXANDRIA, ATTN: AHRC-OPH-V, 200 STOVALL ST, ALEXANDRIA, VA 22332-0417 (1)
CDR, USAREC, 1307 3RD AVE., RCHS-VC, FT. KNOX, KY 40121 (1)
CDR, MID ATLANTIC FLEET, NORFOLK, VA 23505 (1)